IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY KURCK**                                                                                    **PLAINTIFF**

**v.**                            **CASE NO. 4:23-CV-00011-BSM**

**LONOKE COUNTY SHERIFF'S**                                                       **DEFENDANTS**
**DEPARTMENT,** *et al.*

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE